

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Jodi
Pearson and Charles Pearson and In the
Interest of C.P., P.P., and E.P., Children

No. 06-24-00052-CV

Appeal from the County Court at Law of
Hopkins County, Texas (Tr. Ct. No.
FM20063). Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JANUARY 27, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk